IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 07-04078 GAC |
|---|---|
| SANTIAGO RIVERA, LYNESSA | CHAPTER 7 |
| Debtor(s) | |

## MOTION TO DISMISS

**TO THE HONORABLE COURT:**

COMES NOW, Wilfredo Segarra Miranda, Trustee of the estate of the above-named debtor, and respectfully states and prays as follows:

1. The Trustee moves for the dismissal of the above case for cause pursuant to 11 U.S.C. §707.

2. The cause for said dismissal is as follows:

- Debtor failed to appear at 341 meeting.

3. In view of the debtor's non compliance with his duties to aid the Trustee, there is cause to dismiss the case.

**WHEREFORE**, it is respectfully prayed this Honorable Court grant this motion and enter an order dismissing the above case.

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS MOTION TO DISMISS TO THE DEBTOR, ATTORNEY FOR DEBTOR AND ALL CREDITORS AND PARTIES IN INTEREST, AS PER THE MASTER ADDRESS LIST WITH NOTICE THAT UNLESS OBJECTED TO WITHIN 30 DAYS THE COURT WILL ENTER AN ORDER DISMISSING THE ABOVE CASE.

**DATED**: 03/14/08

/s/ Wilfredo Segarra Miranda
**Wilfredo Segarra Miranda, Trustee**
**PO Box 9023385**
**San Juan, PR 00902-3385**
Tel. (787) 725-6160 / Fax (787) 977-2288